

**NUMBER 13-14-00157-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**RANDALL BOLIVAR,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

**On appeal from the 107th District Court
of Cameron County, Texas.**

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's second unopposed extension of time to file the brief. The clerk's record was filed on May 28, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time totaling 94

days to file the brief, and appellant now seeks an additional 60 days, until December 1, 2014, to file the brief.

The Court GRANTS appellant's second unopposed motion to file the brief and ORDERS the Honorable Edmund K. Cyganiewicz to file the brief on or before December 1, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of September, 2014.